MICHEL F. MILLS, SBN 193002
THE LAW OFFICES OF MICHEL F. MILLS
A Professional Corporation
14121 Beach Boulevard
Westminster, California 92683
Tel. 714.892.2936 / Fax. 714.892.5806
Email: Lagunalaw@hotmail.com

JOHN R. COGORNO, SBN 63966
ATTORNEY AT LAW
14121 Beach Boulevard
Westminster, California 92683
Tel. 714.892.2936 / Fax. 714.892.5806
Email: cogorno@msn.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTHONY JAEGEL, <br><br> Plaintiff, <br><br> vs. <br><br> THE COUNTY OF ALAMEDA, et al., <br><br> Defendants, | Case No: C09-03181 <br><br> STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE <br><br> CMC Hrg Date: 12/16/2009 at 1:30 p.m. |

The undersigned hereby stipulate and jointly request the court to order as follows:

1.  Attorney Gregory J. Rockwell, of Boornazian, Jensen & Garth has authority to accept service and will be representing Defendant COUNTY OF ALAMEDA (also named as ALAMEDA COUNTY SHERIFF'S DEPARTMENT) and ALAMEDA COUNTY DEPUTY SHERIFF PAUL LISKEY.  It is anticipated that said Defendants will be filing an Answer to the Complaint by December 10, 2009.

Stip. and [Proposed] Order To Continue Case Management Conference

Wherefore the parties jointly request that the Court order as follows:

1. That the Case Management Conference currently scheduled for December 16, 2009, at 1:30 p.m. be continued to January 20, 2010, at 1:30 p.m. in Courtroom C, 15th Floor, San Francisco.

DATED: November 30, 2009        /S/ *Gregory J. Rockwell*
                                GREGORY J. ROCKWELL, ESQ.,
                                Attorney for Defendants, COUNTY OF
                                ALAMEDA and PAUL LISKEY

DATED: November 30, 2009        /S/ *John R. Cogorno*
                                JOHN R. COGORNO, ESQ.,
                                Attorney for Plaintiff

DATED: November 30, 2009        /S/ *Michel F. Mills*
                                MICHEL F. MILLS, ESQ.,
                                Attorney for Plaintiff

# [PR~~O~~POSED] ORDER

GOOD CAUSE appearing therefore, it is ordered that the Case Management Conference currently scheduled for December 16, 2009, at 1:30 p.m. be continued to January 20, 2010, at 1:30 p.m. A joint CMC statement shall be filed by January 13, 2010.

DATED: 12/1/09                  _____
                                EDWARD M. CHEN,
                                United States Magistrate Judge