1  GREGORY J. ROCKWELL, ESQ. (SBN 67305)
   grockwell@bjg.com
2  JILL P. SAZAMA, ESQ. (SBN 214215)
   jsazama@bjg.com
3  BOORNAZIAN, JENSEN & GARTHE
   A Professional Corporation
4  555 12th Street, Suite 1800
   P. O. Box 12925
5  Oakland, CA  94604-2925
   Telephone: (510) 834-4350
6  Facsimile: (510) 839-1897

7  Attorneys for Defendants
   COUNTY OF ALAMEDA, GREGORY J.
8  AHERN and JASON LUNA

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTHONY JAEGEL SR, MARK ANTHONY JAEGEL JR., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE COUNTY OF ALAMEDA, et al.,<br><br>Defendants. | Case No.:  09-0242 CW<br><br>Related Case No.:  09-03181 CW<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER**<br><br>Complaint Filed:  January 20, 2009 |

The undersigned hereby stipulate and jointly request the Court to order as follows:

That this is a complex class action, which involves issues related to the search practices of the Alameda County Sheriff's Office at its jail facilities over a period of years.

That counsel for the plaintiffs have recently received over 4000 pages of documents from the defendant, and it is anticipated that the defendant will be producing a large volume of additional documents in the near future.

That review of these documents must be completed before meaningful depositions of the defendant's witnesses can be taken.

That the parties have agreed that initial depositions of the defendant's witnesses will be taken on August 3, 4 and 5, 2010, and that it will likely take several months before plaintiffs'

-1-

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND PROPOSED ORDER
*Jaegel, et al. vs. The County of Alameda, et al.;* USDC – Nor. Dist. Case No. 09-0242 CW
*Jaegel v. County of Alameda, et al.;* USDC – Nor. Dist. Case No. 09-03181 CW

counsel will be able to conclude all necessary depositions.

That the case management conference in both of the above actions set for July 13, 2010 may be continued to September 14, 2010 at 2:00 p.m., or such other date and time as the court my order.

That the parties shall file a joint case management conference statement no later than September 7, 2010.

DATED: July 6, 2010

          BOORNAZIAN, JENSEN & GARTHE
          A Professional Corporation

          By: _/s/Gregory J. Rockwell_____
              GREGORY J. ROCKWELL, ESQ.
              Attorneys for Defendants
              COUNTY OF ALAMEDA,
              GREGORY J. AHERN and JASON LUNA

DATED: July 7, 2010

          JOHN R. COGORNO, Attorney At Law

          By: _/s/ John R. Cogorno_____
              JOHN R. COGORNO, ESQ.
              Attorneys for Plaintiffs

**ORDER**

Good Cause appearing therefore, the Case Management Conference set for July 13, 2010 in actions 09-0242CW and 09-03181CW is hereby continued to September 14, 2010 at 2:00 p.m. The parties shall file a joint case management conference statement no later than September 7, 2010.

Dated: 7/9/2010

          _[signature]_____
          CLAUDIA WILKEN
          United States District Judge

25913\507904

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND PROPOSED ORDER
*Jaegel, et al. vs. The County of Alameda, et al.;* USDC – Nor. Dist. Case No. 09-0242 CW
*Jaegel v. County of Alameda, et al.;* USDC – Nor. Dist. Case No. 09-03181 CW