1  GREGORY J. ROCKWELL, ESQ. (SBN 67305)
   grockwell@bjg.com
2  JILL P. SAZAMA, ESQ. (SBN 214215)
   jsazama@bjg.com
3  BOORNAZIAN, JENSEN & GARTHE
   A Professional Corporation
4  555 12th Street, Suite 1800
   P. O. Box 12925
5  Oakland, CA  94604-2925
   Telephone: (510) 834-4350
6  Facsimile: (510) 839-1897

7  Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MARK ANTHONY JAEGEL SR. | ) | Case No.:  09-03181 CW |
|---|---|---|
| Plaintiff, | ) | **STIPULATION TO CONTINUE MEDIATION DEADLINE** |
| vs. | ) | |
| THE COUNTY OF ALAMEDA, et al., | ) | Complaint Filed:  July 14, 2009 |
| Defendants. | ) | |

The undersigned hereby stipulate and jointly request the court to order as follows:

That the court-mandated deadline for completion of mediation in this matter is January 31, 2011.

That the parties have been diligently and cooperatively pursuing discovery, but they do not believe that they will be able to complete all discovery necessary for a productive mediation in time to meet that deadline.

The parties have discussed extending the mediation deadline to March 18, 2011 with the court-appointed mediator, Linda McSweyn, Esq., and she has no objection to such an extension.

The parties hereby jointly stipulate that the mediation deadline may be extended to March

-1-

STIPULATION TO CONTINUE MEDIATION DEADLINE
*Jaegel. vs. The County of Alameda, et al.;* USDC – Nor. Dist. Case No. 09-03181 CW


18, 2011, and they request that the Court so order.

DATED: January 7, 2011

                BOORNAZIAN, JENSEN & GARTHE
                A Professional Corporation

                By: */s/Gregory J. Rockwell*_____
                    GREGORY J. ROCKWELL, ESQ.
                    Attorneys for Defendants

DATED: January 7, 2011

                JOHN R. COGORNO, Attorney At Law

                By: */s/ John R. Cogorno*_____
                    JOHN R. COGORNO, ESQ.
                    Attorneys for Plaintiff

## ORDER

GOOD CAUSE appearing therefor, and the parties having so stipulated, it is hereby ordered that the mediation deadline in the above matter is extended to March 18, 2011.

Dated: **1/7/2011**

                _____
                CLAUDIA WILKEN
                United States District Judge

24269\527915

**cc: ADR**

STIPULATION TO CONTINUE MEDIATION DEADLINE

*Jaegel. vs. The County of Alameda, et al.;* USDC – Nor. Dist. Case No. 09-03181 CW