1  GREGORY J. ROCKWELL, ESQ. (SBN 67305)
   grockwell@bjg.com
2  JILL P. SAZAMA, ESQ. (SBN 214215)
   jsazama@bjg.com
3  BOORNAZIAN, JENSEN & GARTHE
   A Professional Corporation/File #26249
4  555 12th Street, Suite 1800
   Oakland, CA  94607
5  Telephone: (510) 834-4350
   Facsimile: (510) 839-1897
6
   Attorneys for Defendants
7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | MARK ANTHONY JAEGEL SR,           ) Case No.: 09-03181 CW
                                      )
12 |       Plaintiff,                 ) **STIPULATION AND [PROPOSED]**
                                      ) **ORDER VACATING TRIAL DATE AND**
13 | vs.                              ) **SETTING CASE MANAGEMENT**
                                      ) **CONFERENCE**
14 | THE COUNTY OF ALAMEDA, et al.,    )
                                      )
15 |       Defendants.                ) Complaint Filed:   July 14, 2009
                                      ) Trial Date:        June 4, 2012
16                                    )
                                      )
17 _____)

18       The undersigned, attorneys for the parties herein, hereby stipulate as follows:

19       That, at the judicially supervised settlement conference conducted on May 29, 2012 by the

20 Honorable Laurel Beeler, United States Magistrate Judge, the parties reached a verbal settlement

21 of the above action, as well as the related action, 09-0242 CW, *Mark Anthony Jaegel, Sr., et al. v.*

22 *The County of Alameda, et al.*;

23       That it will take approximately three weeks for the parties to finalize the terms of the

24 settlement and commit it to an integrated settlement agreement and release of all claims and for the

25 Board of Supervisors of the County of Alameda to approve the settlement;

26       That they wish to have the Court VACATE the current trial date in this matter, set for June

27 4, 2012 and set a case management conference for either June 20 or June 27, 2012 at 2:00 p.m.;

28
-1-
STIPULATION TO VACATE TRIAL DATE
*Mark Anthony Jaegel, Sr. vs. The County of Alameda, et al.;* USDC – Nor. Dist. Case No. 09-03181 CW

That they wish to have the Court advance the case management conference in case 09-0242 CW, set for August 1, 2012 at 2:00 p.m., so that it can be conducted in conjunction with that set in this action.

Wherefore, they jointly request that the Court issue the below proposed order reflecting the foregoing stipulation.

DATED:   May 31, 2012

BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation

By:  /s/ *Gregory J. Rockwell*
GREGORY J. ROCKWELL, ESQ.
Attorneys for Defendants

DATED:   May 31, 2012

JOHN R. COGORNO, ATTORNEY AT LAW

By:  /s/ *John R. Cogorno*
JOHN R. COGORNO, ESQ.
Attorneys for Plaintiff

### [PROPOSED] ORDER

GOOD CAUSE appearing therefore, and the parties having so stipulated, the trial date in the above action set for June 4, 2012 is hereby VACATED, and the parties are ordered to appear for a case management conference on June  27 , 2012 at 2:00 p.m. in this action, as well as in related action #09-0242 CW.  The parties shall file a joint case management conference statement advising the Court of the status of their settlements by June  20 , 2012.

IT IS SO ORDERED.

DATED: 6/1/2012

_____
CLAUDIA WILKEN
United States District Judge

-2-

STIPULATION TO VACATE TRIAL DATE

*Mark Anthony Jaegel, Sr. vs. The County of Alameda, et al.;* USDC – Nor. Dist. Case No. 09-03181 CW

1  **PROOF OF SERVICE BY ELECTRONIC SERVICE**

3      I, the undersigned, declare as follows:

4      I am employed in the County of Alameda, State of California.  I am over the age of 18 years and not a party to the within action.  My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

7      On the date indicated below, at the above-referenced business location, I served the **STIPULATION AND [PROPOSED] ORDER VACATING TRIAL DATE AND SETTING CASE MANAGEMENT CONFERENCE** on the below-named party and caused said document to be transmitted using ECF as specified by General Order No. 45 to the following party:

| | |
|---|---|
| John R. Cogorno, Esq.<br>14121 Beach Blvd.<br>Westminster, CA   92683<br>Tel:  (714) 892-2936<br>Fax:  (714) 892-5806<br>E-mail:         cogorno@msn.com | **Attorneys for Plaintiff MARK ANTHONY JAEGEL, SR.** |
| Michel F. Mills, Esq.<br>THE LAW OFFICES OF MICHAEL F. MILLS<br>14121 Beach Blvd.<br>Westminster, CA   92683<br>Tel:    (714) 892-2936<br>Fax:    (714) 892-5806<br>E-mail:         Lagunalaw@hotmail.com | |

20      I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

22      Executed at Oakland, California, on May 31, 2012.

                                     /s/ *Candace Hankins*
                                     Candace Hankins

25  26249\582202

-3-

STIPULATION TO VACATE TRIAL DATE

*Mark Anthony Jaegel, Sr. vs. The County of Alameda, et al.;* USDC – Nor. Dist. Case No. 09-03181 CW